**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROGELIO CASACO-VASQUEZ,       )
                               )
             Petitioner,     )
                               )
        v.                     )    Civil Action No. 3:26-cv-917
                               )
LEONARD ODDO, *et al.*,        )
                               )
           Respondents.    )

## ORDER

AND NOW, this 8th day of June, 2026, Petitioner having filed a Petition for Writ of Habeas Corpus (Docket No. 1) averring that Petitioner is currently detained at the Moshannon Valley Processing Center, ICE's publicly available online detainee locator system not having returned any results for Petitioner's name or A-number when searched on June 8, 2026 by the Court, and it appearing to the Court that Petitioner is no longer in ICE custody thereby rendering the Petition moot, IT IS HEREBY ORDERED that, on or before June 22, 2026, the Respondents shall file a status report regarding whether Petitioner remains in ICE custody and whether the Petition is moot.

                                                       */s/ W. Scott Hardy*
                                                       W. Scott Hardy
                                                       United States District Judge

cc/ecf:  All counsel of record

- 1 -