**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROGELIO CASACO-VASQUEZ, )
)
     Petitioner, )
)
  v. ) Civil Action No. 3:26-cv-917
)
LEONARD ODDO, *et al.*, )
)
     Respondents. )

## ORDER

   AND NOW, this 11th day of August, 2026, upon consideration of Respondents' Notice of Suggestion of Mootness (Docket No. 14) reporting that Petitioner has been removed from the United States on June 5, 2026, IT IS HEREBY ORDERED that Petitioner Rogelio Casaco-Vasquez's Petition for Writ of Habeas Corpus (Docket No. 1) is DISMISSED as moot and Petitioner's Reinforced Motion for Immediate Bond Hearing or, in the Alternative, for Release on Conditions of Supervision (Docket No. 3) is DENIED as moot. The Clerk of Court is to mark this case closed.

            */s/ W. Scott Hardy*
            W. Scott Hardy
            United States District Judge

cc/ecf: All counsel of record
    Rogelio Casaco-Vasquez (via U.S. Mail)